TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
MATTHEW J. SMOCK (Cal. Bar No. 293542)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0397
    Facsimile: (213) 894-7819
    E-mail: Matthew.Smock@usdoj.gov

Attorneys for Defendants Martin J. Walsh
and United States Department of Labor

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PERSIAN BROADCAST SERVICE GLOBAL INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN J. WALSH, et al.,<br><br>    Defendants. | No. 2:21-cv-00229-CAS (GJSx)<br><br>**DEFENDANTS' REPLY IN SUPPORT OF THEIR CROSS-MOTION FOR SUMMARY JUDGMENT (ECF NO. 30)**<br><br>Hearing Date: February 7, 2022<br>Hearing Time: 9:00 a.m.<br>Location: U.S. Courthouse<br>350 W. 1st St.<br>Courtroom 8D<br>Los Angeles, CA 90012<br><br>Hon. Christina A. Snyder |

      Plaintiff's opposition (ECF No. 32) does not address any of the arguments raised in Defendants' cross-motion (ECF No. 30). It instead asserts that Plaintiff's motion provides the Court with sufficient basis on which to grant Plaintiff's motion for summary judgment and deny Defendants' cross-motion. ECF No. 32 at 2. The Court may therefore assume that all of the material facts in Defendants' Statement of Uncontroverted Facts (ECF No. 30-1) are admitted, including, *inter alia*, the fact that Persian paid Varess only about $20,000 for the entirety of his employment, contrary to the wage requirements under its labor condition applications ("LCAs"). *Id.* at UMF 29; *see* Local Rule 56-3. Additionally, the Court may treat as conceded any arguments raised in Defendants' cross-motion that Plaintiff failed to address. *See*, *e.g.*, *Reyes v. Wells Fargo Bank*, No. 17-909, 2017 WL 11568871, at *4 (C.D. Cal. Apr. 17, 2017) (citing cases); *Sportscare of Am., P.C. v. Multiplan, Inc.*, No. 2:10-4414, 2011 WL 589955, at *1 (D.N.J. Feb. 10, 2011) ("In most circumstances, failure to respond in an opposition brief to an argument put forward in an opening brief constitutes waiver or abandonment in regard to the uncontested issue."); *cf. Jenkins v. County of Riverside*, 398 F.3d 1093, 1095 n.4 (9th Cir. 2005) (failure to raise claims in opposition to a summary judgment motion constitutes abandonment of those claims). Most notably, this applies to the entirety of Defendants' cross-motion for summary judgment on their counterclaim for enforcement of the Department of Labor's order, including Defendants' entitlement to a judgment and the appropriate interest rates on the judgment, neither of which has been contested by Plaintiff. *See* ECF No. 30 at 30-33.

      For the foregoing reasons and for those set forth in their cross-motion, Defendants respectfully request that the Court grant their cross-motion for summary judgment (ECF No. 30), deny Plaintiff's motion for summary judgment (ECF No. 29), and enter the proposed order attached to Defendants' opening brief (ECF No. 30-2).

                                                                                                           _____

| | | |
|---|---|---|
| 1 | Dated: January 24, 2022 | Respectfully submitted, |
| 2 | | TRACY L. WILKISON |
| | | United States Attorney |
| 3 | | DAVID M. HARRIS |
| 4 | | Assistant United States Attorney |
| | | Chief, Civil Division |
| 5 | | JOANNE S. OSINOFF |
| 6 | | Assistant United States Attorney |
| | | Chief, General Civil Section |
| 7 | | |
| 8 | | /s/ Matthew J. Smock |
| | | MATTHEW J. SMOCK |
| 9 | | Assistant United States Attorney |

Attorneys for Defendants

Of counsel:
Jennifer S. Brand, Associate Solicitor
Jonathan Kronheim, Counsel for Trial Litigation
Jesse Z. Grauman, Senior Attorney
U.S. Department of Labor
Office of the Solicitor
Fair Labor Standards Division
200 Constitution Avenue NW
Room N-2716
Washington, D.C. 20210

Attorneys for Defendants