1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9      FOR THE CENTRAL DISTRICT OF CALIFORNIA

10               WESTERN DIVISION

11

12   PERSIAN    BROADCAST    SERVICE          No. 2:21-cv-00229-CAS (GJSx)
     GLOBAL INC., a California corporation,
13
                                             **ORDER AND JUDGMENT ON**
14          Plaintiff,                       **DEFENDANTS' MOTION FOR**
                                             **SUMMARY JUDGMENT AND**
15              v.                           **PLAINTIFF'S MOTION FOR**
                                             **SUMMARY JUDGMENT**
16   MARTIN J. WALSH, et al.,

17          Defendants.

18

19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

                              1

 IT IS SO ORDERED AND ADJUDGED that:

(1)    Defendants' motion for summary judgment is granted in its entirety;

(2)    Plaintiff's motion for summary judgment is denied in its entirety;

(3)    Judgment is hereby entered in favor of defendants and against plaintiff;

(4)    Plaintiff is ordered to pay Majid Varess $183,794, plus pre-judgment interest at the rate set forth in 26 U.S.C. § 6621(a)(2), plus post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a); and

(5)    Defendants shall be entitled to costs pursuant to Federal Rule of Civil Procedure 54(d).

Dated:  March 1, 2022

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE